IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHELAH BAIG<br>　*Plaintiff,*<br><br>v.<br><br>NATIONWIDE GENERAL<br>INSURANCE COMPANY<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:23-cv-00027-XR |

## DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY'S ADVISORY TO THE COURT

Defendant Nationwide General Insurance Company ("Nationwide") files this Advisory to the Court pursuant to the Court's January 10, 2023 Standing Order Concerning Removed Cases (Doc. 4).

**Question (a)**:

The date on which the removing party was served with a summons and petition. If the Notice of Removal is filed more than thirty days after this date, explain why. If removal is based on "other paper," identify the paper (provide it if not already provided) and state the date on which it was received.

**Response:**

**Nationwide was served with a summons and petition on December 16, 2022. The Notice of Removal was filed by Nationwide on January 6, 2023, less than thirty days after service.**

**Question (b)**:

Identify whether any defendants who had been served prior to the time of removal are citizens of Texas.

**Response:**

**To Nationwide's knowledge, it is the only defendant in this case and no other defendant has been served. Nationwide is a corporation with its principal place of business in Ohio and state of incorporation in Ohio.**

**Question (c)**:

Identify any defendant who had been served prior to the time of removal who did not formally join in the notice of removal and the reasons therefor (provide copies of written consents, if any, if not already on file).

**Response:**

**Nationwide has no knowledge of any defendant being served prior to the time of removal that did not join in the notice of removal.**

**Question (d)**:

Was this case removed from one of the following counties: Atascosa, Bandera, Bexar, Comal, Dimmit, Frio, Gonzales, Guadalupe, Karnes, Kendall, Kerr, Medina, Real, or Wilson. If no, state what county it was removed from.

**Response:**

**This case was removed from the 166th Judicial District Court in Bexar County.**

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24-72411
rwall@smsm.com
C Daniel DiLizia
Texas Bar No. 24099800
ddilizia@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 11th day of January, 2023 to:

Michael E. Cooper
Shaun W. Hodge
The Hodge Law Firm, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
mcooper@hodgefirm.com
shodge@hodgefirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp